**Fill in this information to identify the case:**

Debtor 1: Thomas W Horton

Debtor 2 (Spouse, if filing): Christen A Horton

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number: 17-11096

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Santander Bank, N.A.

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: 0 6 7 7

Date of payment change: 09/15/17
Must be at least 21 days after date of this notice

New total payment: $ 537.31
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☒ No
   - ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☐ No
   - ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Number of days in month change payment amount

   Current mortgage payment: $ 489.32    New mortgage payment: $ 537.31

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Thomas W Horton | Case number (if known) | 17-11096 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ Melissa A Epler_   Date 08/23/2017
Signature

Print: Melissa A Epler      Title: Bankruptcy Administrator
First Name  Middle Name  Last Name

Company: Santander Bank, N.A.

Address: 601 Penn Street
Number  Street

Reading          PA    19601
City            State  ZIP Code

Contact phone: (610) 378-6983        Email: DeftBkr@santander.us

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Account Number: | |
| Statement Period From: | 07/19/2017 |
| Statement Period Through: | 08/18/2017 |
| Days in Statement Period | 31 |
| Current Balance | 150,367.46 |
| Credit Line Amount: | 0.00 |
| Available Credit | 0.00 |

| | |
|---|---|
| **Minimum Payment:** | 1,160.94 |
| **Payment Due Date:** | 09/15/2017 |

THOMAS W HORTON
5 COLLEGEVIEW DR
MALVERN, PA 19355-1968

**IMPORTANT MESSAGES**

| | | | | |
|---|---|---|---|---|
| Principal Due | $0.00 | Beginning Balance | | $150,319.47 |
| INTEREST CHARGE Due | $537.31 | Advances | | $0.00 |
| Past Due Amount | $505.63 | Payments Received | | $489.32 |
| Late Charges Due | $0.00 | INTEREST CHARGE | | 537.31 |
| Fees Due | $118.00 | | | |
| Total Minimum Payment Due | $1,160.94 | Ending Balance | | $150,367.46 |

**SUMMARY OF REVOLVING ACCOUNT BALANCE**

| | | | |
|---|---|---|---|
| Periodic Rate From | 07/19/2017 | Periodic INTEREST CHARGE | $537.31 |
| Periodic Rate Through | 08/18/2017 | ANNUAL PERCENTAGE RATE | 4.2400 |
| Daily Periodic Rate* | .0001161644 | | |
| Balance Subject to Interest Rate | $149,206.52 | Ending Principal | $149,206.52 |

* The daily periodic rate may vary

**TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT**

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 07/19/2017 | BEGINNING PRINCIPAL | | 149,206.52 |
| 07/28/2017 | 07/27/2017 | PAYMENT RECEIVED - THANK YOU | 489.32 | 149,206.52 |
| | | ** INTEREST CHARGE ** | 489.32 | |
| | 08/18/2017 | ENDING PRINCIPAL | | 149,206.52 |

**************************************************** FEES ****************************************************
TOTAL FEES THIS PERIOD                                     0.00
**************************************************** INTEREST CHARGED ****************************************************
TOTAL INTEREST THIS PERIOD                               537.31
**************************************************** 2017 TOTALS YEAR-TO-DATE ****************************************************
TOTAL FEES CHARGED                                       204.79
TOTAL INTEREST CHARGED                                 3,839.32

*Please return this portion with your check*

| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 09/15/2017 | 1,160.94 | |

THOMAS W HORTON
5 COLLEGEVIEW DR
MALVERN, PA 19355-1968

*Make Check Payable To:*

SANTANDER BANK, N.A.
P.O. BOX 16255
READING, PA 19612-6255

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Thomas W Horton
Christen A Horton

Debtors

Chapter 13
Case No. 17-11096
Honorable Magdeline D Coleman

_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on August 23, 2017, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 23rd day of August 2017.

_Melissa A. Epler_
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
601 Penn Street
Reading, PA 19601
(610) 378-6983
Email: DeftBkr@santander.us

VIA US MAIL
Thomas & Christen Horton
5 Collegeview Drive
Malvern, PA 19355

William C Miller
Chapter#13 Trustee
1234 Market Street Ste 1813
Philadelphia, PA 19107

VIA EMAIL
Matthew R Nahgang
Matthew R Nahgang Attorney at Law
mnahrgang@verizon.net