# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-11096-MDC

THOMAS W HORTON
CHRISTEN A HORTON
5 COLLEGEVIEW ROAD

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THOMAS W HORTON
    CHRISTEN A HORTON
    5 COLLEGEVIEW ROAD

    MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

    MATTHEW R NAHRGANG
    35 EVANSBURG RD

    COLLEGEVILLE, PA 19426

                                           /S/ William C. Miller

Date: 9/5/2017                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee