UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS W HORTON                                    Chapter 13
CHRISTEN A HORTON

                 Debtor                      Bankruptcy No. 17-11096-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __12th__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MATTHEW R NAHRGANG
35 EVANSBURG RD

COLLEGEVILLE, PA 19426

Debtor:
THOMAS W HORTON
CHRISTEN A HORTON
5 COLLEGEVIEW ROAD

MALVERN, PA 19355