United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11096-mdc
Thomas W Horton                                                           Chapter 13
Christen A Horton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 12, 2017
                              Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db/jdb         +Thomas W Horton,    Christen A Horton,    5 Collegeview Road,    Malvern, PA 19355-1968
cr             +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                 33 S Seventh Street,    Allentown, PA 18101-2418
13868423       +Capital One Bank USA,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13973166       +Ditech Financial LLC,    c/o Jjoseph A. Dessoye, Esquire,    1617 JFK Blvd., Suite 1400,
                 One Penn Center Plaza,    Phila., PA 19103-1823
13868422        Mass Mutual Retirement Services,    P.O. Box 1583,    Hartford, CT 06144-1583
13868420       +Pennsylvania Office of Attorney General,    Josh Shapiro Strawberry Square,
                 Harrisburg, PA 17120-0001
13992781       +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esquire,    33 S. 7th Street,
                 Allentown, PA 18101-2436
13969494       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
13868421       +Toyota Motor Credit Co.,    c/o Matteo S. Weiner, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13868425       +US Department of Education,    400 Maryland Ave. SW,    Washington, DC 20202-0001
13868419        United States Department of Justice,    Attorney General,    950 Pennsylvania Ave., NW,
                 Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2017 01:39:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 01:35:22     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13967366        E-mail/Text: mrdiscen@discover.com Oct 13 2017 01:38:48     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13868424        E-mail/Text: mrdiscen@discover.com Oct 13 2017 01:38:48     Discover Finmicial Services,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
13974222        E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2017 01:38:53
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13868418        E-mail/Text: cio.bncmail@irs.gov Oct 13 2017 01:38:50
                 IRS c/o Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13877462       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2017 01:40:52
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13919001        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13995188        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2017 01:40:57     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Antoinett              Page 2 of 2                   Date Rcvd: Oct 12, 2017
                                Form ID: pdf900              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MARIO J. HANYON    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MATTHEW R. NAHRGANG    on behalf of Joint Debtor Christen A Horton mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Debtor Thomas W Horton mnahrgang@verizon.net
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS W HORTON  
CHRISTEN A HORTON

Chapter 13

Debtor

Bankruptcy No. 17-11096-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___18th___ day of ___October___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_  
Magdeline D. Coleman  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
MATTHEW R NAHRGANG  
35 EVANSBURG RD

COLLEGEVILLE, PA 19426

Debtor:  
THOMAS W HORTON  
CHRISTEN A HORTON  
5 COLLEGEVIEW ROAD

MALVERN, PA 19355